THOMAS MANDELKOW et al., as Trustees of Upstate Human Services Self-Insurance Trust Fund, Also Known as Human Services Self-Insurance Trust, Appellants, v CHILD AND FAMILY SERVICES OF ERIE COUNTY, Respondent. (Appeal No. 1.) [852 NYS2d 923]—

Same memorandum as in *Mandelkow v Child & Family Servs. of Erie County* (49 AD3d 1316 [2008]). Present—Hurlbutt, J.P., Smith, Centra, Green and Pine, JJ.